1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY J. MILLS,                          No.  2:13-cv-0899-KJN

12                  Plaintiff,

13        v.                                     ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15

16                  Defendant.

17

18        Plaintiff filed a Stipulation and Proposed Order For Extension Of Time To File Motion on

19   November 6, 2013.[1]  (ECF No. 14.)  Plaintiff's filing stated only that he needed "additional time

20   to fully research the issues presented," which was not a valid basis upon which to request an

21   extension, and moreover, it appeared that plaintiff's counsel waited until November 6, 2013 —

22   weeks after the deadline of October 19, 2013 — before asking the court to extend the deadline at

23   issue.  E.D. Cal. L.R. 144(d) ("Counsel shall seek to obtain a necessary extension from the Court

24   or from other counsel or parties in an action as soon as the need for an extension becomes

25   apparent.  Requests for Court approved extensions brought on the required filing date for the

26   pleading or other document are looked upon with disfavor.").  Accordingly, on November 13,

27   _____

28   [1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule
     302(c)(15).

                                                  1

1   2013, the undersigned denied the stipulation without prejudice to refiling, and required plaintiff's

2   counsel to further explain the basis of the requested extension and the reason for his delay in

3   requesting it.  (ECF No. 15.)

4          On November 13, 2013, plaintiff's counsel filed the motion for summary judgment.  (ECF

5   No. 16.)  The next day, on November 14, 2013, plaintiff's counsel filed a "Response" to the

6   undersigned's order of November 13, 2013.  (ECF No. 17.)  In his Response, counsel admitted

7   that "The Court is correct to note Plaintiff's Motion for Summary Judgment should have been

8   filed on or before October 19, 2013."  (Id. at 2.)  Counsel explained that a "calendaring mistake"

9   caused him to miss the filing deadline, and that he "takes full responsibility for the error and

10  respectfully requests [that] this Court find [that the] Motion for Summary Judgment [was] timely

11  filed."  (Id.)

12         The undersigned is troubled by the weeks-long delay in filing plaintiff's motion, even

13  accepting that a "calendaring mistake" was made.  Given that defendant has stipulated (ECF No.

14  14) to the late-requested extension and thus to the late filing of the motion, however, the

15  undersigned deems the motion timely.

16         It is HEREBY ORDERED THAT:

17         Because defendant stipulated (ECF No. 14) to plaintiff's late-requested extension and thus

18  to the late filing of the motion for summary judgment (ECF No. 16), and given the

19  representations made within plaintiff's counsel's filing at ECF No. 17, the undersigned deems

20  plaintiff's late motion for summary judgment (ECF No. 16) as timely filed.

21         IT IS SO ORDERED.

22  Dated:  November 25, 2013

23

24  _____
    KENDALL J. NEWMAN
25  UNITED STATES MAGISTRATE JUDGE

26

27

28